IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| VON ERIC MILLER, | ) |
| Petitioner, | ) |
| vs. | ) CIVIL ACTION NO. 12-0069-CG-N |
| TONY PATTERSON, | ) |
| Respondent. | ) |

### ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.

**DONE and ORDERED** this 5th day of June, 2013.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE