IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| VON ERIC MILLER, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 12-0069-CG-N |
| | ) |
| TONY PATTERSON, | ) |
| | ) |
| Respondent. | ) |

## JUDGMENT

In accordance with the order entered on this date, it is **ORDERED, ADJUDGED,** and **DECREED** that the petition for habeas corpus is **DENIED**, and **JUDGMENT** is hereby entered in favor of Respondent, Tony Patterson, and against the Petitioner, Von Eric Miller.

The court further finds that there is no possible good faith basis for appeal of the denial of the petitioner's habeas claims; therefore, any motion for Certificate of Appealability or for permission to appeal in forma pauperis is **DENIED**.

**DONE and ORDERED** this 5th day of June, 2013.